F.#2005R02203

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 27 2007 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

05 CR 916 (ARR)
06 CR 150 (ARR)

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney DAVID BITKOWER, it is hereby

ORDERED that (1) the above-captioned cases be unsealed and listed on the Court's docket; (2) the Information filed in 05 CR 916 be ordered unsealed; and (3) all other sealed items filed in 05 CR 916 and 06 CR 150 be listed upon the docket sheet of each case as a sealed item.

Dated:    Brooklyn, New York
           April 25, 2007

                                  s/Allyne R. Ross
                                  HONORABLE ALLYNE R. ROSS
                                  UNITED STATES DISTRICT JUDGE
                                  EASTERN DISTRICT OF NEW YORK